UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| SED INTERNATIONAL HOLDINGS, INC., et al., ) | Jointly Administered Under |
| ) | Case No. 16-53376-wlh |
| Debtors. ) | |
| ) | |
| ) | |
| PETER W. COLMER, AS LIQUIDATING AGENT ) | |
| FOR THE ESTATES OF SED INTERNATIONAL ) | |
| HOLDINGS, INC., ) | Adversary Proceeding Number |
| and SED INTERNATIONAL, INC., ) | |
| ) | 18-05255 |
| Plaintiffs ) | |
| v. ) | |
| ) | |
| HESHAM GAD and HG CONSULTING, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Peter W. Colmer, as Liquidating Agent for the Estates of SED International Holdings, Inc. and SED International, Inc., plaintiff in this adversary proceeding, hereby gives notice that this adversary proceeding is dismissed with prejudice.

This 11th day of April, 2019.

SCROGGINS & WILLIAMSON, P.C.

By: */s/ J. Hayden Kepner, Jr.*

| | |
|---|---|
| 4401 Northside Parkway | J. ROBERT WILLIAMSON |
| Suite 450 | Georgia Bar No. 765214 |
| Atlanta, GA 30327 | ASHLEY REYNOLDS RAY |
| T: (404) 893-3880 | Georgia Bar No. 601559 |
| F: (404) 893-3886 | J. HAYDEN KEPNER, JR. |
| E: rwilliamson@swlawfirm.com | Georgia Bar No. 416616 |
| aray@swlawfirm.com | |
| hkepner@swlawfirm.com | *Counsel for Peter W. Colmer, Liquidating Agent* |

## **CERTIFICATE OF SERVICE**

This is to certify that on this date, I served a true and correct copy of the foregoing **Notice of Voluntary Dismissal** by causing same to be deposited in the United States Mail, sufficient First-Class postage prepaid, addressed to the following persons:

Office of the United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Hesham Gad
HG Consulting, Inc.
205 Glenwood Drive
Athens, GA 30606

David A. Geiger
Geiger Law, LLC
1275 Peachtree Street NE, Suite 525
Atlanta, GA 30309

This 11th of April, 2019.

SCROGGINS & WILLIAMSON, P.C.

　　／s/ J. Hayden Kepner, Jr.　　

| | |
|---|---|
| 4401 Northside Parkway | J. ROBERT WILLIAMSON |
| Suite 450 | Georgia Bar No. 765214 |
| Atlanta, GA 30327 | ASHLEY REYNOLDS RAY |
| T: (404) 893-3880 | Georgia Bar No. 601559 |
| F: (404) 893-3886 | J. HAYDEN KEPNER, JR. |
| E: rwilliamson@swlawfirm.com | Georgia Bar No. 416616 |
| 　aray@swlawfirm.com | |
| 　hkepner@swlawfirm.com | *Counsel for Peter W. Colmer, Liquidating Agent* |